UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS MERCER,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>        Defendant. | Case No. 13-cv-05057-MEJ<br><br>**ORDER RE: PERMISSION TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 17 |

The Court is in receipt of the April 9, 2014 letter from Defendant Southwest Airlines , in which it requests that the Court reset the hearing on its pending Motion to Dismiss (Dkt. No. 9) because Plaintiff Rufus Mercer failed to timely file an amended complaint. Dkt. No. 16. On the same day Defendant filed this letter, Plaintiff filed his First Amended Complaint. Dkt. No. 17. Defendant objects to the timing of the filing, but does not object to the merits of the pleading. Dkt. No. 16. Accordingly, the Court will permit Plaintiff to file the First Amended Complaint. The Court admonishes Plaintiff that he must comply with the applicable rules of court and filing deadlines in the future. As Defendant's Motion to Dismiss is based on the original complaint, it is DENIED as moot. Defendant shall file a responsive pleading by April 25, 2014.

    **IT IS SO ORDERED.**

Dated: April 11, 2014

                                                 _____<br>
                                                 MARIA-ELENA JAMES<br>
                                                 United States Magistrate Judge