Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS MERCER,<br><br>             Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>             Defendant. | Case No.  CV 13 5057 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date:           June 5, 2014<br>Time:          10:00 a.m.<br>Courtroom:  B – 15th Floor<br><br>Honorable Maria-Elena James<br>United States Magistrate Judge |

WHEREAS on April 24, 2014, defendant SOUTHWEST AIRLINES CO. ("Southwest") filed a motion to dismiss plaintiff's first amended complaint ("The Motion") (Doc. 20); and

WHEREAS plaintiff's opposition to The Motion is due to be filed, pursuant to the Court's local civil rules, on May 8, 2014, while Southwest's reply to the opposition is due to be filed, under the rules, on May 15, 2014; and

WHEREAS counsel for Southwest has a pre-arranged, pre-paid vacation from May 8, 2014 through May 16, 2014, and is unavailable to prepare the reply during that interval; and

1  WHEREAS The Motion is noticed for hearing by this Court on June 5, 2014;

2  IT IS HEREBY STIPULATED as follows:

3  1. That the Court be asked to extend the deadline for the filing of plaintiff's

4  opposition to The Motion from May 8, 2014 to **May 12, 2014**; and

5  2. That the Court be asked to extend the deadline for the filing of Southwest's reply

6  to plaintiff's opposition to The Motion from May 15, 2014 to **May 19, 2014**.

7  SO STIPULATED.

8  Dated: May 6, 2014                                 BARLOW LAW

                                                     By: /s/ *Patricia Barlow*
                                                     Patricia Barlow
                                                     Attorneys for Plaintiff
                                                     Rufus Mercer

13 Dated: May 6, 2014                                CODDINGTON, HICKS & DANFORTH

                                                     By: /s/ *Richard G. Grotch*
                                                     Richard G. Grotch (*)
                                                     Attorneys for Defendant
                                                     Southwest Airlines Co.

(*) I hereby attest that I have on file all Holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

///

///

///

///

///

///

///

2

Stipulation and [Proposed] Order
Case No: CV 13 5057 MEJ

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties,

IT IS ORDERED that the deadline for the filing of plaintiff's opposition to Southwest's motion to dismiss plaintiff's first amended complaint is extended from May 8, 2014 to **May 12, 2014** and that the deadline for the filing of Southwest's reply to plaintiff's opposition to The Motion is extended from May 15, 2014 to **May 19, 2014**.

SO ORDERED.

Dated: May  6 , 2014

_____
Honorable Maria-Elena James
United States Magistrate Judge