UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS MERCER,<br><br>        Plaintiff,<br><br>   v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>        Defendant. | Case No. 13-cv-05057-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 20 |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on June 5, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 5 hearing.  The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge