Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS MERCER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　　　Defendant. | Case No.  C 13-5057 MEJ (EDL)<br><br>STIPULATION FOR ORDER OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL [FRCP 41(a)(1)] |

　　　IT IS HEREBY STIPULATED by and between plaintiff RUFUS MERCER and defendant SOUTHWEST AIRLINES CO., by their respective counsel of record, that all the claims of plaintiff RUFUS MERCER, be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his or its own attorneys' fees and costs of suit.

///

///

///

///

SO STIPULATED.

Dated:  November 23, 2015         BARLOW LAW

                                  /s/ *Patricia Barlow*

                                  By: _____
                                      Patricia Barlow
                                      Attorneys for Plaintiff
                                      Rufus Mercer


Dated:  November 23, 2015         CODDINGTON, HICKS & DANFORTH

                                  /s/ *Richard G. Grotch*

                                  By: _____
                                      Richard G. Grotch (*)
                                      Attorneys for Defendant
                                      Southwest Airlines Co.

(*)  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document, or have been expressly authorized to affix all "conformed" signatures.

## [~~PROPOSED~~] ORDER

Upon the parties' stipulation,

IT IS HEREBY ORDERED that the claims of plaintiff RUFUS MERCER be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his or its own attorneys' fees and costs of suit.

Dated: November 23, 2015          _____
                                  Honorable Maria-Elena James
                                  United States Magistrate Judge

Stipulation and [Proposed] Order of Dismissal
Case No:  CV 13 5057 MEJ (EDL)